```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ISAIAS COLON MALDONADO, a         :       CIVIL ACTION
minor, by Frances Maldonado,      :
et al.                            :
                                  :
        v.                        :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :       NO. 11-2812

                        ----------

JASMINE CALDWELL, a minor,        :       CIVIL ACTION
by Denine Caldwell and Jason      :
Caldwell, as Parents and          :
Natural Guardians                 :
                                  :
        v.                        :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :       NO. 11-2813

                        ----------

JESSE DEWITT, a minor,            :       CIVIL ACTION
by Summer Jenkings, as            :
Parent and Natural Guardian       :
                                  :
        v.                        :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :       NO. 11-2814

                        ----------

ELIZABETH SEDLACEK, a minor,      :       CIVIL ACTION
by Robin Lucas, as                :
Parent and Natural Guardian       :
                                  :
        v.                        :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :       NO. 11-2815

                        ----------
```

```
CHARLES STOKES, a minor,            :       CIVIL ACTION
by Wendy Springer, as               :
Parent and Natural Guardian         :
                                    :
            v.                      :
                                    :
SMITHKLINE BEECHAM CORP.            :
d/b/a GLAXOSMITHKLINE               :       NO. 11-2816

                        ----------

VICTORIA CHANDLER, a minor,         :       CIVIL ACTION
by Julie L. Hill,                   :
Parent and Natural Guardian         :
                                    :
            v.                      :
                                    :
SMITHKLINE BEECHAM CORP.            :
d/b/a GLAXOSMITHKLINE               :       NO. 11-2817

                        ----------

JACOB VOORHEES, a minor,            :       CIVIL ACTION
by Tiffany Voorhees and             :
Scott Voorhees, as                  :
Parents and Natural Guardians       :
                                    :
            v.                      :
                                    :
SMITHKLINE BEECHAM CORP.            :
d/b/a GLAXOSMITHKLINE               :       NO. 11-2818

                        ----------

PATRICK WELSH, a minor,             :       CIVIL ACTION
by Barbara Welsh, as                :
Guardian                            :
                                    :
            v.                      :
                                    :
SMITHKLINE BEECHAM CORP.            :
d/b/a GLAXOSMITHKLINE               :       NO. 11-2819

                        ----------

MASON JASON YUEILL, a minor,        :       CIVIL ACTION
by Michael J. Yueill, et al.        :
                                    :
            v.                      :
                                    :
SMITHKLINE BEECHAM CORP.            :
d/b/a GLAXOSMITHKLINE               :       NO. 11-2820
```

```
----------
MARION HOPE CHANDLER, a minor,    :    CIVIL ACTION
by Julie L. Hill,                 :
Parent and Natural Guardian       :
                                  :
        v.                        :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :    NO. 11-2821

----------


NAOMI CHANDLER, a minor,          :    CIVIL ACTION
by Trenice Chandler, et al.       :
                                  :
        v.                        :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :    NO. 11-2822

----------


SAMUEL NOAH ELLISON, a minor,     :    CIVIL ACTION
by Julia Ann Ellison, as          :
Parent and Natural Guardian       :
                                  :
        v.                        :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :    NO. 11-2823

----------


KYLA HODNETT, a minor,            :    CIVIL ACTION
by Eve Hodnett, as                :
Parent and Natural Guardian       :
                                  :
        v.                        :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :    NO. 11-2824

----------


ROSS ANGELY PORTALATIN-           :    CIVIL ACTION
MENDEZ, a minor, by               :
Carmen M. Mendez-Maldonado        :
and Juan Portalatin, as           :
Parents and Natural Guardians     :
```

```
                                     :
       v.                            :
                                     :
SMITHKLINE BEECHAM CORP.             :
d/b/a GLAXOSMITHKLINE                :       NO. 11-2825
```
----------

```
SARAH WATTS, a minor,                :       CIVIL ACTION
by Lester Watts and                  :
Tammy Watts, as                      :
Parents and Natural Guardians        :
                                     :
       v.                            :
                                     :
SMITHKLINE BEECHAM CORP.             :
d/b/a GLAXOSMITHKLINE                :       NO. 11-2826
```
----------

```
ALLISON KEEFE, a minor,              :       CIVIL ACTION
by Cynthia Keefe and                 :
Stanley A. Keefe, as                 :
Parents and Natural Guardians        :
                                     :
       v.                            :
                                     :
SMITHKLINE BEECHAM CORP.             :
d/b/a GLAXOSMITHKLINE                :       NO. 11-2827
```
----------

```
JENNIFER SCHAFFTER, a minor,         :       CIVIL ACTION
by Debra Petty, as                   :
Parent and Natural Guardian          :
                                     :
       v.                            :
                                     :
SMITHKLINE BEECHAM CORP.             :
d/b/a GLAXOSMITHKLINE                :       NO. 11-2828
```
----------

```
BROOKE BABICH, a minor,              :       CIVIL ACTION
by Bruce Babich, as                  :
Parent and Natural Guardian          :
                                     :
       v.                            :
                                     :
SMITHKLINE BEECHAM CORP.             :
d/b/a GLAXOSMITHKLINE                :       NO. 11-2829
```
----------

```
ARIANNA SMART, a minor,           :    CIVIL ACTION
by Angela Smart, et al.           :
                                  :
         v.                       :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :    NO. 11-2830
```
----------
```
MASON ANDREW STEINBECK, a minor,: CIVIL ACTION
by MIKELANN STEINBECK,            :
Parent and Natural Guardian       :
                                  :
         v.                       :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :    NO. 11-2831
```
----------
```
TANNER A. WIELAND, a minor,       :    CIVIL ACTION
by CHRISTINA WIELAND, et al.      :
                                  :
         v.                       :
                                  :
SMITHKLINE BEECHAM CORP.          :
d/b/a GLAXOSMITHKLINE             :    NO. 11-2832
```

<u>MEMORANDUM</u>

Bartle, C.J.                                          May 18, 2011

     Before the court are the motions to consolidate the above cases before Judge Timothy J. Savage for the purpose of deciding the pending motions of plaintiffs to remand these actions to the Court of Common Pleas of Philadelphia County. The defendant opposes the motions.

     Plaintiff in each case sued SmithKline Beecham Corp. d/b/a GlaxoSmithKline ("GSK") in the state court for personal injuries related to defendant's drugs Paxil paroxetine hydrochloride ("Paxil") or Paxil CR ("Paxil CR") (collectively

-5-

"Paxil") prescribed to treat depression, obsessive-compulsive disorder, panic disorders, social anxiety, post-traumatic stress disorder, and generalized anxiety disorder in adults. Defendant thereafter removed these cases to this court on the ground of diversity of citizenship. Plaintiffs, all citizens of Pennsylvania, thereafter filed motions to remand on the ground that the principal place of business of GSK was in Philadelphia, Pennsylvania and not in Delaware where GSK is incorporated. Plaintiffs argue that GSK's nerve center is in Philadelphia. See, Hertz Corp. v. Friend, --- U.S. ---, 130 S. Ct. 1181 (2010).

In the fall of 2010, similar motions to consolidate were filed in connection with six Paxil cases brought against GSK. After review of the complaints and approval of the judges to whom those six cases were randomly assigned, the undersigned, in his capacity as Chief Judge, consolidated them by an Order dated October 7, 2010 before Judge Timothy J. Savage for the purpose of deciding the remand motions only. The consolidation before one judge was clearly in the interest of judicial economy since the remand issue was identical in each case, the defendant was the same in each case, and plaintiffs had alleged the same type of claim for relief in each. Significantly at that time, Judge Savage had not decided any remand motion in a Paxil case.[1]

We now have before us another wave of Paxil cases with motions to remand. The remand issue is the same here as in the

---

1. In contrast, Judge Mary A. McLaughlin had previously decided a remand motion in White v. SmithKline Beecham Corp., 2010 U.S. Dist. Lexis 79520.

-6-

earlier cases. The issue of conserving scarce judicial resources is even more compelling than in the fall of 2010, now that there are 21 actions for decision.

We disagree with defendant that it is unfair to transfer the motions to Judge Savage, who is extremely familiar with the issue involved and has already ruled on the motions in other Paxil cases. We note that there was no outcry from defendant or plaintiffs when the first consolidation order was entered. We see no basis for an outcry now. Of course, the situation might be different if Judge Savage had decided a remand motion before the initial consolidation order, and a party appeared to be engaged in judge shopping in seeking to have subsequent remand motions placed before him. That, however, is not what is happening here. Simply because Judge Savage ruled on the earlier remand motions, when his rulings occurred <u>after</u> the court's October 7, 2010 consolidation order, is not a valid reason to refrain from consolidating the pending motions before him.

The undersigned has advised each judge that he or she is free to retain any assigned case for all purposes and specifically to determine the remand motion rather than having it determined by Judge Savage. None has chosen to do so.

Accordingly, the above actions will be consolidated before Judge Timothy J. Savage for purposes of deciding the remand motions only.